Kelvin J. HURDLE, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA, Department of Environmental Quality, Defendant–Appellee.

No. 01–1053.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 16, 2001.

Kelvin J. Hurdle, pro se. Martha Murphey Parrish, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Kelvin J. Hurdle seeks to appeal the district court's order granting summary judgment against him on his Title VII claims. *See* 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2000). We have reviewed the record, the district court's opinion, and the materials submitted by the parties and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hurdle v. Virginia,* No. CA–00–336 (E.D.Va. Jan. 5, 2001). We deny Hurdle's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*